PHILLIP A. TALBERT
Acting United States Attorney
GRANT B. RABENN
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00127-DAD-BAM |
|---|---|
| Plaintiff, | MOTION AND ORDER FOR STAY OF RELEASE ORDER |
| v. | DATE: TBD |
| CHAUDHRY AHMAD FAROOQ, | TIME: TBD |
| Defendants. | COURT: HON. ERICA P. GROSJEAN |

     The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Grant B. Rabenn and Jeffrey A. Spivak, Assistant United States Attorneys, hereby respectfully requests of a stay of the Magistrate Judge's release order concerning Defendant Chaudhry Ahmad Farooq.

**MOTION FOR STAY**

     On August 11, 2016, a grand jury returned an indictment charging the Defendant with conspiracy to distribute a controlled substance and distribution of a controlled substance in violation of Title 21, United States Code, Sections 846, 841. On September 14, 2016, Defendant was ordered released on a $25,000 unsecured bond. The government moves this Court to stay its order until the District Court can review the release order and make its own ruling. The United States intends to file its appeal of the

///

release order by September 16, 2016 at 5:00 pm.  At the time the government files its appeal, the government may seek a further stay of the release order until the District Court can hear its appeal.

Dated:  September 15, 2016

                                      PHILLIP A. TALBERT
                                      Acting United States Attorney

                              By: /s/ JEFFREY A .SPIVAK
                                    JEFFREY A. SPIVAK
                                    Assistant United States Attorney

## ORDER

After consideration of the Government's Motion for Stay of the Magistrate Judge's Release Order,  IT IS HEREBY ORDERED that the September 14, 2016 order of release as to Defendant Chaudhry Ahmad Farooq is hereby stayed until September 16, 2016 at 5:00 pm or until further order.

IT IS SO ORDERED.

Dated:  **September 15, 2016**  /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE