IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHAUDHRY AHMAD FAROOQ,<br><br>　　　　　　　Defendant. | CASE NO. 1:16-CR-00127-DAD-BAM<br><br>ORDER ON GOVERNMENT'S MOTION FOR STAY OF RELEASE ORDER<br><br>(Doc. 29) |

   After consideration of the Government's Motion for Stay of the Magistrate Judge's Release Order,

   IT IS HEREBY ORDERED that the order of Magistrate Judge Erica P. Grosjean dated September 14, 2016, releasing the defendant is hereby stayed until this matter heard.  It is further ordered that the hearing on the matter shall be held on October 5, 2016, at 10:00 a.m.


IT IS SO ORDERED.

   Dated:   **September 19, 2016**          /s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1