Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Chaudhry Ahmad Farooq

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAUDHRY AHMAD FAROOQ,<br><br>Defendant. | Case No.: 1:16-CR-000127-DAD-BAM<br><br>**ORDER MODIFYING PRETRIAL RELEASE CONDITIONS AND TO PERMIT TRAVEL** |

IT IS ORDERED that:

Chaudhry Farooq is permitted to change his residence to 2584 East 21st Street, Second Floor, Brooklyn, New York 11235. The third party custodian will remain the same.

Additional Condition of Release: (7)(c) is modified to reflect the change in residence and permit travel from the District of New York to-and-from the Eastern District of California for court-related purposes only.

The Location Monitoring of Chaudhry Farooq via GPS is to be suspended for the duration of his travels to-and-from New York to the Eastern District of California for court-related purposes.

IT IS SO ORDERED.

Dated: __**April 12, 2017**__          _____
UNITED STATES DISTRICT JUDGE

1