Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT BROUGHTON LAW
CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant, Chaudhry A. Farooq

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAUDHRY A. FAROOQ,<br><br>Defendant. | Case No.: 1:16-CR-00127-DAD-BAM<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE THE MAY 1, 2017 SENTENCING HEARING TO JULY 24, 2017**<br><br>Courtroom: 5<br>Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, the attorney for defendant CHAUDHRY A. FAROOQ, and Grant B. Rabenn, Assistant United States Attorney, that the sentencing hearing set for May 1, 2017 at 10:00 a.m. be continued to July 24, 2017 at 1:30 p.m.

This stipulation is based on good cause. Abdullah Almashwali, the co-defendant of Chaudhry A. Farooq, is set for sentencing on the same date, July 24, 2017, at 1:30 p.m. in Courtroom 5 before District Judge Dale A. Drozd.

For the above stated reasons, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

///

///

1

IT IS SO STIPULATED.

Dated: April 18, 2017				/s/ Jeffrey T. Hammerschmidt
						JEFFREY T. HAMMERSCHMIDT
						Attorney for Chaudhry A. Farooq


Dated: April 18, 2017				/s/ Grant B. Rabenn
						GRANT B. RABENN
						Assistant U.S. Attorney

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for May 15, 2017, is continued until July 24, 2017, at 1:30 p.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **April 19, 2017**				_____
						UNITED STATES DISTRICT JUDGE