1  Jeffrey T. Hammerschmidt, #131113
   HAMMERSCHMIDT BROUGHTON LAW
2  CORPORATION
   2445 Capitol Street, Suite 150
3  Fresno, California 93721
   Tel: (559) 233-5333
4  Fax: (559) 233-4333

5  Attorneys for Defendant, Chaudhry A. Farooq

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No.  1:16-cr-00127-DAD-BAM-2

12              Plaintiff,

13      v.                                 STIPULATION AND ORDER TO
                                           CONTINUE THE SENTENCING HEARING
14  CHAUDHRY A. FAROOQ,                    TO JANUARY 22, 2018 AND TO MODIFY
                                           PRETRIAL RELEASE CONDITIONS
15              Defendant.

16

17          IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, the attorney

18  for defendant CHAUDHRY A. FAROOQ, and Grant B. Rabenn, Assistant United States

19  Attorney, that the sentencing hearing set for July 24, 2017 at 1:30 p.m. be continued to January

20  22, 2018 at 1:30 p.m.

21          IT IS ALSO HEREBY STIPULATED that Mr. Farooq's terms of supervised release be

22  modified to allow him to leave his home to find employment for reasonable periods of time as

23  determined by his Pretrial Services Officer.

24          The stipulated continuance will conserve time and resources for both the parties and the

25  court, and the delay resulting from this continuance shall be excluded in the interests of justice

26  pursuant to 18 U.S.C. § 3161(h) (7)(A).

27  //

28  //

                                              1

IT IS SO STIPULATED.

Dated: June 30, 2017                                    /s/ Jeffrey T. Hammerschmidt
                                                        JEFFREY T. HAMMERSCHMIDT
                                                        Attorney for Chaudhry A. Farooq


Dated: June 30, 2017                                    /s/ Grant B. Rabenn
                                                        GRANT B. RABENN
                                                        Assistant U.S. Attorney


## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the

sentencing in this case. Good cause appearing, the sentencing as to the above named defendant

currently scheduled for July 24, 2017, is continued until January 22, 2018, at 1:30 p.m., in

Courtroom 5 before Judge Dale A. Drozd.

The defendant's condition of release is modified to allow the above named defendant to

leave his home to find employment for reasonable periods of time as determined by his pretrial

services officer.

IT IS SO ORDERED.

Dated:   **June 30, 2017**                         _____
                                                   UNITED STATES DISTRICT JUDGE