Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant, Chaudhry A. Farooq

\IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br><br>CHAUDHRY A. FAROOQ,<br><br>　　　　　Defendant. | Case No.: 1:16-CR-00127-DAD-BAM<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY TERMS OF SUPERVISED RELEASE**<br><br>Courtroom: 5<br>Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, the attorney for defendant CHAUDHRY A. FAROOQ, and Grant B. Rabenn, Assistant United States Attorney, that Mr. Farooq's terms of supervised release be modified to delete the RF monitoring and add curfew at the direction of Pretrial Services.

IT IS SO STIPULATED.

Dated: November 20, 2017　　　　　　　/s/ Jeffrey T. Hammerschmidt
　　　　　　　　　　　　　　　　　　　JEFFREY T. HAMMERSCHMIDT
　　　　　　　　　　　　　　　　　　　Attorney for Chaudhry A. Farooq


Dated: November 20, 2017　　　　　　　/s/ Grant B. Rabenn
　　　　　　　　　　　　　　　　　　　GRANT B. RABENN
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court has reviewed and considered the stipulation of the parties to modify the above |
| 3 | named defendant's terms of supervised release to delete the RF monitoring and add curfew at the |
| 4 | direction of Pretrial Services. |
| 5 | |
| 6 | IT IS SO ORDERED. |
| 7 | Dated: **November 29, 2017**  /s/ *Barbara A. McAuliffe* |
| 8 | UNITED STATES MAGISTRATE JUDGE |