Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant, Chaudhry A. Farooq

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>CHAUDHRY A. FAROOQ,<br><br>Defendant. | Case No.: 1:16-CR-00127-DAD-BAM<br>**(CORRECTED)**<br>**STIPULATION AND PROPOSED ORDER TO MODIFY TERMS OF PRETRIAL RELEASE**<br><br><br>Courtroom: 5<br>Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, the attorney for defendant CHAUDHRY A. FAROOQ, and Grant B. Rabenn, Assistant United States Attorney, that Mr. Farooq's terms of pretrial release be modified to delete the RF monitoring.

IT IS SO STIPULATED.

Dated: November 30, 2017     /s/ Jeffrey T. Hammerschmidt
                              JEFFREY T. HAMMERSCHMIDT
                              Attorney for Chaudhry A. Farooq


Dated: November 30, 2017     /s/ Grant B. Rabenn
                              GRANT B. RABENN
                              Assistant U.S. Attorney

1

**ORDER**

The Court has reviewed and considered the stipulation of the parties to modify the above named defendant's terms of pretrial release to delete the RF monitoring. RF monitoring is deleted from defendant's terms of pretrial release.

IT IS SO ORDERED.

Dated: **December 1, 2017**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE